**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Government, | : 15 CR. 288 (RMB) |
| | : |
| - against - | : **ORDER** |
| | : |
| | : |
| RAYSHAWN BARNES, | : |
| | : |
| Defendant. | : |

-----------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, February 4, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: January 29, 2025
      New York, NY

                                              _____
                                              RICHARD M. BERMAN
                                                  U.S.D.J.