UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                        Government,       :        15 CR. 288 (RMB)
                                              :
       - against -                           :        **ORDER**
                                              :
RAYSHAWN BARNES,                              :
                                              :
                        Defendant.        :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Monday, March 10, 2025 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 257 798 464#

Dated: March 5, 2025
      New York, NY

                                                    _Richard M. Berman_
                                           **RICHARD M. BERMAN**
                                                  **U.S.D.J.**