**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,    :    15 CR. 288 (RMB)

    - against -    :    **ORDER**

RAYSHAWN BARNES,

                Defendant.
---------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, May 21, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: May 14, 2025
       New York, NY

                                                  RICHARD M. BERMAN
                                                      U.S.D.J.