**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                  Government,   :   15 CR. 288 (RMB)
                                         :
      - against -                     :   **ORDER**
                                         :
RAYSHAWN BARNES,                         :
                                         :
                  Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, August 12, 2025 at 2:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 139 755 57#

Dated: August 7, 2025
       New York, NY

                                              **RICHARD M. BERMAN**
                                                      U.S.D.J.