UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,      :     15 CR. 288 (RMB)
                                         :
      - against -                       :     **ORDER**
                                         :
RAYSHAWN BARNES,                         :
                                         :
                Defendant.       :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, August 20, 2025 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 624 101 598#

Dated: August 13, 2025
       New York, NY

                                                      *Richard M. Berman*
                                            **RICHARD M. BERMAN**
                                                    **U.S.D.J.**