UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :

       Government,    :    15 CR. 288 (RMB)

  - against -         :    **ORDER**

RAYSHAWN BARNES,       :

      Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, September 30, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 624 101 598#

Dated: September 24, 2025
   New York, NY

                      _____
                        RICHARD M. BERMAN
                           U.S.D.J.