**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                         Government,   :   15 CR. 288 (RMB)
                                            :
       - against -                          :   **ORDER**
                                            :
RAYSHAWN BARNES,                            :
                                            :
                         Defendant.    :
------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, November 12, 2025 at 9:00 A.M.

       On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 718 880 625#

Dated: November 5, 2025
       New York, NY

                                                *Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                   **U.S.D.J.**