**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                 :

           Government,     :       15 Cr. 288 (RMB)

                 :

      - against -      :       **ORDER**

                 :

RAYSHAWN BARNES,      :

                 :

          Defendant.     :
---------------------------------------------------------------x

      The supervised release hearing previously scheduled for February 12, 2026 is rescheduled to February 20, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 6, 2026
      New York, NY

                                  **RICHARD M. BERMAN**
                                    **U.S.D.J.**