**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

                               Government,          :          15 Cr. 288 (RMB)

         - against -                           :          **ORDER**

RAYSHAWN BARNES,                             :

                             Defendant.          :
------------------------------------------------------------------x

       The supervised release hearing previously scheduled for February 20 is rescheduled to March 3, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 25, 2026
       New York, NY

                                             _RMB_
                                     **RICHARD M. BERMAN**
                                         **U.S.D.J.**