**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                          :

               Government,    :        15 Cr. 288 (RMB)

                          :

       - against -           :        **ORDER**

                          :

RAYSHAWN BARNES,         :

                          :

             Defendant.     :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for March 16, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 11, 2026
      New York, NY

                                     **RICHARD M. BERMAN**
                                        **U.S.D.J.**