**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                        :

              Government,                    :       15 Cr. 288 (RMB)

                        :

      - against -                    :       **ORDER**

                        :

RAYSHAWN BARNES,                             :

                        :

             Defendant.                    :

--------------------------------------------------------------x

The supervised release hearing is scheduled for April 24, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: April 17, 2026
     New York, NY

                                   **RICHARD M. BERMAN**
                                     **U.S.D.J.**