**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                              :
                                                       :
                Government,     :        15 CR. 288 (RMB)
                                                       :
    - against -                                  :        **ORDER**
                                                       :
                                                       :
RAYSHAWN BARNES,                                       :
                                                       :
                Defendant.      :
--------------------------------------------------------------x

       The supervised release hearing scheduled for Wednesday, May 20, 2026 at

10:00 A.M. will take place in Courtroom 17B.


Dated: May 13, 2026
      New York, NY


                                            *RMB*
                      _____

                         RICHARD M. BERMAN
                           U.S.D.J.