**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                             :

                Government,          :        15 CR. 288 (RMB)

                                             :

    - against -                             :        **ORDER**

                                             :

                                             :

RAYSHAWN BARNES,                             :

                                             :

              Defendant.           :
--------------------------------------------------------------x


      The supervised release hearing scheduled for Wednesday, June 17, 2026 at

9:00 A.M. will take place in Courtroom 17B.


Dated: June 10, 2026
      New York, NY


                                RICHARD M. BERMAN
                                    U.S.D.J.