**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 15 CR. 288 (RMB)

- against - : **ORDER**

RAYSHAWN BARNES, :

Defendant. :

------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, August 25, 2026 at 12:00 P.M.

The court will send the link via email.

Dated: August 20, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**