**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :
:
Government, : 15 CR. 288 (RMB)
:
- against - : **ORDER**
:
RAYSHAWN BARNES, :
:
Defendant. :

--------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 20, 2026 at 11:00 A.M.

The court will send the link via email.

Dated: October 16, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**