**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :
:
Government, : 15 CR. 288 (RMB)
:
- against - : **ORDER**
:
RAYSHAWN BARNES, :
:
Defendant. :

---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, December 1, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: November 23, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**